# EXHIBIT A

**Invoice Itemization for Amounts Owed by Defendant**

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Walgreens Co**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 22617 | 3656084 | 6/26/2020 | 6/26/2020 | $ (9.84) | $ (9.84) |
| 22617 | 3715003 | 9/29/2020 | 9/29/2020 | $ (161.92) | $ (161.92) |
| 22617 | 3788045 | 1/28/2021 | 3/30/2021 | $ 2,699.04 | $ 2,699.04 |
| 22617 | 3879343 | 6/15/2021 | 8/15/2021 | $ 3,836.88 | $ 3,836.88 |
| 22617 | 3879344 | 6/15/2021 | 8/15/2021 | $ 13,231.20 | $ 13,231.20 |
| 22617 | 3883614 | 6/21/2021 | 8/21/2021 | $ 3,874.80 | $ 3,874.80 |
| 22617 | 3884429 | 6/22/2021 | 8/22/2021 | $ 6,073.68 | $ 6,073.68 |
| 22617 | 3884430 | 6/22/2021 | 8/22/2021 | $ 13,647.60 | $ 13,647.60 |
| 22617 | 3884431 | 6/22/2021 | 8/22/2021 | $ 15,731.28 | $ 15,731.28 |
| 22617 | 3884432 | 6/22/2021 | 8/22/2021 | $ 21,825.12 | $ 21,825.12 |
| 22617 | 3888801 | 6/29/2021 | 8/29/2021 | $ 4,327.68 | $ 4,327.68 |
| 22617 | 3888802 | 6/29/2021 | 8/29/2021 | $ 20,851.44 | $ 20,851.44 |
| 22617 | 3888810 | 6/29/2021 | 8/29/2021 | $ 16,085.52 | $ 16,085.52 |
| 22617 | 3888811 | 6/29/2021 | 8/29/2021 | $ 16,328.04 | $ 16,328.04 |
| 22617 | 3889186 | 6/30/2021 | 8/30/2021 | $ 2,716.08 | $ 2,716.08 |
| 22617 | 4129406 | 7/5/2022 | 7/5/2022 | $ (23.46) | $ (23.46) |
| | | | **Totals:** | **$ 141,033.14** | **$ 141,033.14** |